```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

EZRA CHOWAIKI,

Defendant.

**ORDER CONCERNING THE ADDITION OF INTERESTED PARTIES**

Case No. 18 Cr. 323 (JSR)

JED S. RAKOFF, U.S.D.J.

WHEREAS on or about May 15, 2018, this Court entered an Amended Consent Preliminary Order of Forfeiture as to Specific Property / Money Judgment (E.C.F. Dkt. No. 19, the "Order") providing for, among other things, the forfeiture of the defendant's right, title, and interest in certain specific property (the "Specific Property");

WHEREAS the Order provided that the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the Specific Property;

WHEREAS certain parties have received notice and intend to file claims with respect to the forfeiture of the Specific Property;

IT IS HEREBY ORDERED that the Clerk of Court is instructed to add as interested parties to the criminal docket in this case any petitioner who seeks to file a petition asserting an interest in the specific property pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), as directed by counsel for the United States of America. Counsel for such petitioners shall have their appearance noted in this case and shall be added as filing users to whom notices of electronic filings will be transmitted.

SO ORDERED, this \_\_2nd\_\_ day of July, 2018

_____
Hon. Jed S. Rakoff
United States District Judge