AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 18 CR 323 (JSR) |
| EZRA CHOWAIKI ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BOGOMILA WELSH-OVCHAROV

Date:   07/03/2018

*Attorney's signature*

ALLEN G. KADISH
*Printed name and bar number*

ARCHER & GREINER, P.C.
630 THIRD AVENUE
NEW YORK, NY 10017

*Address*

AKADISH@ARCHERLAW.COM
*E-mail address*

(212) 682-4940
*Telephone number*

(212) 682-4942
*FAX number*