UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

EZRA CHOWAIKI,

               Defendant,

------------------------------------X

MEI INVEST LIMITED,

               Petitioner

------------------------------------X

18 Cr. 323 (JSR)

**VERIFIED FORFEITURE PETITION OF MEI INVEST LIMITED AS TO A WORK OF ART BY EDGAR DEGAS ENTITLED "*DANSEUSE EN ROSE*"**

      Petitioner, MEI INVEST LIMITED ("Petitioner" or "MEI"), respectfully submits this Verified Petition, pursuant to 21 U.S.C. § 853(n), to request a hearing to adjudicate MEI's interest in a work of art by Edgar Degas entitled "*Danseuse en Rose*" (the "*Degas*") which is subject to forfeiture in the above referenced matter. Yves Bouvier owns 100% of the ownership interest of MEI and is the beneficial owner of MEI.

      Petitioner is the present owner of the *Degas*. MEI purchased the *Degas* from XITRANS FINANCE LTD on or about January 9, 2013 and obtained title to the *Degas* at that time. Petitioner did not transfer title to the *Degas* to the defendant, Ezra Chowaiki ("Defendant") or anyone else since obtaining title on or about January 9, 2013. MEI shipped the *Degas* to the

Defendant's New York City Gallery in or about January 2017 for purposes of sale. However, the *Degas* was never sold. MEI remains the owner of the *Degas*.

Petitioner respectfully requests the return of the *Degas*.

Dated: New York, New York
July 3, 2018

Respectfully submitted,

*[signature]*

Sharon Cohen Levin
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8804
Fax: (212) 230-8888
Email: Sharon.Levin@wilmerhale.com

*Attorney for MEI INVEST LIMITED and Yves Bouvier*

## VERIFICATION

MEI INVEST LIMITED, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury under the laws of the United States of America that the foregoing Verified Forfeiture Petition of MEI INVEST LIMITED As to A Work of Art by Edgar Degas Entitled "*Danseuse En Rose*" is true and correct.

Executed on 27th June 2018.

MEI INVEST LIMITED

By: YVES BOUVIER
Title: Authorized Representative

3