## SECTION I – CONTACT INFORMATION

| PETITIONER INFORMATION | |
|---|---|
| **Petitioner/Contact Name**: (Last, First)<br>CHOWAIKI NAHMAD, NADIA | |
| **Business/Institution Name**: (if applicable) | **Prisoner ID**: (if applicable) |
| **Address**: (Include Street, City, State, and Zip Code)<br>1037 SINGING HILLS, EL PASO, TEXAS 79912 | |
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one)<br>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 | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** | |
| **Phone**: (optional) | **Email**: (optional) |
| **ATTORNEY INFORMATION** (if applicable) | |
| **Attorney Name**: (Last, First)<br>HAUGLAND, COREY W. | |
| **Attorney Title**: | |
| **Firm Name**: (if applicable)    JAMES & HAUGLAND, P.C. | |
| **Attorney Address**: (Include Street, City, State, and Zip Code)<br>609 MONTANA AVENUE, EL PASO, TEXAS 79902 | |
| **Are you an attorney filing this petition on behalf of your client?   xYES   ☐ NO** | |
| **Attorney Phone**: (optional)<br>**(915) 532-3911** | **Attorney Email**: (optional)<br>chaugland@jghpc.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*You must identify your role for each asset in your petition. Please review the role definitions below.*

| ROLE INFORMATION (multiple roles may apply to each asset) | |
|---|---|
| **Owner** | *The person in whom primary title is vested or whose interest is manifested by the actual and beneficial use of the property, even though the title is vested in another. A victim of an offense, as defined in this section, may also be an owner if he or she has a present legally cognizable ownership interest in the property forfeited. A nominal owner of property will not be treated as its true owner if he or she is not its beneficial owner.* |
| **Victim** | *A person who has incurred a pecuniary loss as a direct result of the commission of the offense underlying a forfeiture. A drug user is not considered a victim of a drug trafficking offense under this definition. A victim does not include one who acquires a right to sue the perpetrator of the criminal offense for any loss by assignment, subrogation, inheritance, or otherwise from the actual victim, unless that person has acquired an actual ownership interest in the forfeited property; provided however, that if a victim has received compensation from insurance or any other source with respect to a pecuniary loss, remission may be granted to the third party who provided the compensation, up to the amount of the victim's pecuniary loss.* |
| **Lienholder** | *A creditor whose claim or debt is secured by a specific right to obtain satisfaction against the particular property subject to forfeiture. A lien creditor qualifies as a lienholder if the lien:* <br><br> *(1) Was established by operation of law or contract;* <br><br> *(2) Was created as a result of an exchange of money, goods, or services; and* <br><br> *(3) Is perfected against the specific property forfeited for which remission or mitigation is sought (e.g., a real estate mortgage; a mechanic's lien).* |

*Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.*

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| 1 | x | Alexander Calder "Pink Faced Cat" | X | X | ☐ |
| 2 | y | Alexander Calder "The Pedestrians" | X | X | ☐ |
| 3 | z | Alexander Calder "The Grind Lady" | X | X | ☐ |
| 4 | | Alexander Calder "Blue & Yellow Butterfly" | X | X | ☐ |
| | | | ☐ | ☐ | ☐ |

## SECTION III – VICTIM PETITION

*If you are filing this petition as a victim, please fill out the information below. The information must apply to all of the assets you selected as a victim role in the previous section. If you are not filing as a victim for any assets, you may skip this section.*

**I am requesting remission of this forfeiture because I am a victim of the criminal offense underlying the forfeiture of this property or am the victim of a related offense and I have suffered a pecuniary loss as a result of that offense as described below:**

The first three Paintings identified as "x", "y" and "z" have been included in the Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment filed May 16, 2018 in Case 1:18-cr-00323-JSR styled *United States of America v. Ezra Chowaiki, Defendant* in the United States District Court for Southern District of New York. The fourth Painting is allegedly in the possession of Sallie Hirshberg, Galerie d'Orsay, 33 Newberry Street, Boston, MA 02116.  Prior demand have been sent to other galleries as a result of lies told by Ezra Chowaiki.  Legal efforts to recover the fourth Painting are ongoing.  The fair market value of the Paintings  has been provided by an alleged expert in the field.

**Please provide the total pecuniary loss claimed. This is the total amount you claim to have lost.**

Four (4) x $240,000.00 = $960,000.00

**If you have recovered any of your losses, please list the details below. If you have more than two sources of recovery, please print multiple copies of this table to submit with the petition.**

| SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

**In the space below, please list any documents you are including in support of your victim petition.  If none are included, please explain why.**

Attached as Exhibit "1" is the September 20, 2013 letter signed by David Chowaiki, Hilel Chowaiki, and Ezra Chowaiki in September, 2013.  Attached as Exhibit "2" is the February 11, 2014 letter sent by Davide Nahmad to the Calder Foundation to confirm the provenance of the four Paintings.  Included herewith as Exhibit "3" are the Applications for Registration ("Applications") of the four Paintings in the archives of the Calder Foundation.  The Application forms were obtained by Chowaiki & Co.  Fine Art, Ltd.  and forwarded to Nadia Chowaiki Nahmad for completion.  Nadia Chowaiki Nahmad returned the completed Application forms to Liza Lan at Chowaiki & Co.  Fine Art, Ltd.; and, she submitted the completed forms to the Calder Foundation on behalf of Nadia Chowaiki Nahmad.  The Registrations of the Paintings by the Calder Foundation are attached collectively as Exhibit "4" and include the transmittal e-mail from Liza Lan to Nadia Chowaiki Nahmad dated April 8, 2014.

## SECTION IV – INTEREST IN PROPERTY

*Provide additional information for the assets where you have identified yourself as the owner and/or lienholder. If you are petitioning for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have documentation that supports your interest in the petitioned assets (bill of sale, retail installment agreements, contracts, titles or mortgages) please include copies of the documents with the submission of the petition.*

| INTEREST IN PROPERTY INFORMATION | |
| --- | --- |
| **Asset ID** | **Asset Description** |
| x | Alexander Calder "Pink Faced Cat" |
| y | Alexander Calder "The Pedestrians" |
| z | Alexander Calder "The Grind Lady" |
| | Alexander Calder "Blue & Yellow Butterfly" |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder:**  Nadia Chowaiki Nahmad delivered four (4) Alexander Calder Gouache Paintings (the "Paintings") to the custody of Ezra Chowaiki at Chowaiki & Company Fine Art Ltd. in 2013 in order for provenance to be obtained and in order for the Paintings to be registered with the Calder Foundation.  These Paintings were not delivered on consignment. Ezra Chowaiki and Chowaiki & Company Fine Art Ltd. were instructed in writing that any sale or transfer of the Paintings would require the written authorization of Nadia Chowaiki Nahmad. Nadia Chowaiki Nahmad did not authorize Exra Chowaiki or Chowaiki & Co. Fine Art, Ltd. to deliver the Paintings on consignment to anyone. Effectively, the Paintings have been converted.

The Paintings were originally a gift from Davide Nahmad to Nadia, his sister, more than thirty (30) years ago. Nadia Chowaiki Nahmad is pursuing her ownership interest in the Paintings.

**Select the reason why you are petitioning for remission and/or mitigation of the asset(s)?**

**X** I am an innocent owner and I did not know of the conduct giving rise to the forfeiture OR I am an innocent owner and upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstance to terminate such use of the property.

☐ I was a bona fide purchaser or seller of the forfeited property for value, AND I did not know and was without cause to believe that the property was subject to forfeiture at the time I acquired my interest in the property.

☐ None of the above. I am only seeking mitigation.

**In the space below, please explain the reason for filing a petition.**

**In the event that the ruling official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship.**

**X** YES       ☐ NO

**In support of my request, I would like the ruling official to consider the following extenuating circumstances**:

I am eighty (80) years old in September 2018. These Paintings were gifted to me by my brother more than thirty (30) years ago to provide for my retirement. These paintings are the only significant assets that either my husband or I own.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Attached as Exhibit "1" is the September 20, 2013 letter signed by David Chowaiki, Hilel Chowaiki, and Ezra Chowaiki in September, 2013.  Attached as Exhibit "2" is the February 11, 2014 letter sent by Davide Nahmad to the Calder Foundation to confirm the provenance of the four Paintings.  Included

herewith as Exhibit "3" are the Applications for Registration ("Applications") of the four Paintings in the archives of the Calder Foundation. The Application forms were obtained by Chowaiki & Co. Fine Art, Ltd. and forwarded to Nadia Chowaiki Nahmad for completion. Nadia Chowaiki Nahmad returned the completed Application forms to Liza Lan at Chowaiki & Co. Fine Art, Ltd.; and, she submitted the completed forms to the Calder Foundation on behalf of Nadia Chowaiki Nahmad. The Registrations of the Paintings by the Calder Foundation are attached collectively as Exhibit "4" and include the transmittal e-mail from Liza Lan to Nadia Chowaiki Nahmad dated April 8, 2014.

## SECTION V – NET EQUITY WORKSHEET

*Complete the table below for each asset where you are a lienholder. If you are a lienholder for multiple assets, please print out multiple copies of this page to submit with the petition.*

| LOAN / ASSET INFORMATION | | |
|---|---|---|
| **Asset ID:** | **Asset Description:** <br> --------Not Applicable -------- | **Seizure Date:** |
| **Purchaser:** | **Co-Signer** (optional): | |
| **Loan Date:** | **Date of Last payment:** | |
| **Amount Financed:** <br> $ | **Date Lien Perfected with State:** | |
| **Original Term of Loan** (months): | **Day of the Month Each Payment is Due:** | |
| **Contract Rate of Interest:** <br> % | **Total Amount Paid to Lienholder After Seizure:** <br> $ | |
| **Unpaid Principal Due at Seizure:** <br> $ | **Unpaid Interest Due at Seizure:** <br> $ | |
| **Dealer's Reserve:** <br> $ | **Taxes, Transfer Fees, etc.:** <br> $ | |
| **Insurance Costs:** <br> $ | **Duration** (months): | |
| **Service Contract Costs:** <br> $ | **Duration** (months): | |
| **Extended Warranty Costs:** <br> $ | **Duration** (months): | |
| **Miscellaneous Costs:** <br> $ | | |
| **Provide Details** (for miscellaneous costs): | | |
| INFORMATION FURNISHED BY | | |
| **Contact Name:** (Last, First) | **Business Name:** | |
| **Address:** (Include Street, City, State, and Zip Code) | | |
| **Phone:** (optional) | **Email:** (optional) | |

*\* Copies of your Net Equity assertions, such as bills of sale, retail installment agreements, contracts, certificates of title, payment history, security agreements, loan applications, or mortgages, which support the amount claimed as unpaid principal, must be attached to this report as an attachment.*

**In the space below, please list any documents you are including in support of this Net Equity Worksheet. If none are included, please explain why.**

## SECTION VI – RECOVERY OF LOSS

*Complete this section for the assets where you have identified yourself as the owner and/or lienholder and you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | --------Not Applicable -------- |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured**: (Last, First) | |
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) | |
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?**<br>☐ YES        ☐ NO | **Amount of Compensation**: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

**In the space below, please list any documents you are including in support of your recovery of loss. If none are included, please explain why.**

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_____
**Signature**

Corey W. Haugland
_____
**Printed Name**

July 3, 2018
_____
**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing petition and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

Nadia Nahmad de Chouaithi
_____
**Signature**

Nadia Nahmad de Chouaithi
_____
**Printed Name**

July 3, 2018
_____
**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

September 20, 2013

This letter is to confirm that the 4 (four) Alexander Calder Gouache Paintings (shown below) are the property of our mother, Nadia Chowaiki Nahmad.

Any sale or transfer of these Alexander Calder Gouache Paintings will require the written authorization of Nadia Chowaiki Nahmad.

_____    9/23/2013

Ezra Chowaiki-Son          Date

_____    9/20/2013

Hilel Chowaiki-Son         Date

_____    9/20/2013

David Chowaiki-Son         Date











# D. NAHMAD
c/o Rodolphe Haller
4 bis Route des Jeunes
Geneva  26
CH  1211  Switzerland

Calder Foundation
207 West 25th Street, Fl. 12
New York, NY 10001

February 11, 2014

Dear Sir/Madam,

This letter is to confirm the provenance of the following works:



Alexander Calder
(Skinny people)
1971
Gouache on paper
44 x 30 in. (111.8 x 76.2 cm.)
Signed and dated Calder 71 lower right



Alexander Calder
(Spiral woman)
1967
Gouache on paper
23 x 30 in. (58.4 x 76.2 cm.)
Signed and dated Calder 67 lower right



Alexander Calder
Pink Faced Cat
1971
Gouache on paper
30 x 44 in. (76.2 x 111.8 cm.)
Signed and dated Calder 71 lower right



Alexander Calder
(Butterfly)
1973
Gouache on paper
30 x 44 in. (76.2 x 111.8 cm.)
Signed and dated Calder 73 lower right

The four works were a gift given by me, Davide Nahmad to my sister, Nadia Chowaiki, in excess of thirty years ago. I cannot remember the exact year. I purchased the works from Perls Gallery not long before.

Please contact me through my son's assistant, Margaret Zuckerman at the Helly Nahmad Gallery in New York at (212) 879-2075 for any further details.

Sincerely,

Davide Nahmad



EXHIBIT

"2"

APPLICATION FOR REGISTRATION

A 4" x 5" high quality color transparency of the Work is required with each submission. Please refer to the guidelines for photography below.

WORK OF ART

Title ___ Untitled (Butterfly) ___

Date ___ 1973 ___

Media ___ Gouache on paper ___

Signature / Inscription ___ Signed and dated "Calder 73" lower right ___

Position on work ___ Lower right ___

Dimensions ___ 30 x 44 in. (76.2 x 111.8 cm.) ___

Condition / Conservation Notes ___ Excellent Condition ___

PROVENANCE

Current Owner
Name ___ Nadia Chowaiki ___
Address ___ 1037 Singing Hills Drive ___
___ El Paso, TX 79912 ___
Phone ___ (915) 637-1555 ___
Date Acquired ___ (Gifted to Nadia, over 30 years ago) ___
Collection Credit ___ Private Collection ___
*As you wish to be credited for publication*

Acquired from
Name ___ Davide Nahmad ___
Address ___ c/o Helly Nahmad Gallery ___
___ 975 Madison Ave, NY, NY ___
Phone ___ 212-879-2075 ___
Date Acquired ___ Acquired from Perls Gallery, over 30 years ago ___

Previous Owners                                          Date Acquired
___ Perls Gallery ___


EXHIBIT
"3"

Exhibition History:   n/a

Publication History:   n/a

Notes:

I certify that this Application for Registration, the high quality color transparency, and all submitted information are accurate and complete and can be relied upon and that information regarding the ownership, provenance, condition, and any other information pertaining to the work has not been withheld. Upon submission to the Calder Foundation I transfer ownership of the high quality color transparency and its copyright, documents, and other submitted information to the Foundation for publication.

I understand that the Calder Foundation registers works at its sole discretion and that the submission of this Application does not guarantee the registration of the submitted work and further does not in any way create a contract between the Foundation and me, the Owner, for the purpose of authentication or other related matters.

Signature of the Owner _Tania Maluenda de Cruzat_  Date _March 24th 2014_

Guidelines for Photography

We require an original high quality 4" x 5" color transparency, not a copy or digital enlargement, that shows the character and vitality of the work of art. The work should be set against a seamless, contrasting background so that all the details are clearly visible. Soft or bounced lighting should be used so that shadows are minimized. Three-dimensional works should have all their elements turned fully to face the camera so that their true shapes can easily be discerned and all near and far elements should be sharply focused. Works with horizontal elements are best photographed from slightly below so that the horizontals do not appear as mere slivers. Wires should not cross nor elements overlap. Two-dimensional works should be removed from frames and mounting so that all edges of the paper and signature are clearly visible.

Photographer's credit
Ali Elai, Camerarts, 301 East 64th Street, Apt. 2A, NY, NY

APPLICATION FOR REGISTRATION

A 4" x 5" high quality color transparency of the Work is required with each submission. Please refer to the guidelines for photography below.

WORK OF ART

Title ___ Untitled (Skinny People)

Date ___ 1971

Media ___ Gouache on paper

Signature / Inscription ___ Signed and dated "Calder 71"

Position on work ___ Lower right

Dimensions ___ 44 x 30 in. (111.8 x 76.2 cm)

Condition / Conservation Notes ___ Excellent Condition

PROVENANCE

Current Owner
Name ___ Nadia Chowaiki
Address ___ 1037 Singing Hills Drive
El Paso, TX 79912
Phone ___ (915) 637-1555
Date Acquired ___ (Gifted to Nadia, over 30 years ago)
Collection Credit ___ Private Collection
*As you wish to be credited for publication*

Acquired from
Name ___ Davide Nahmad
Address ___ c/o Helly Nahmad Gallery
975 Madison Ave, NY, NY
Phone ___ 212-879-2075
Date Acquired ___ Acquired from Perls Gallery, over 30 years ago

Previous Owners                                                    Date Acquired
___ Perls Gallery

Exhibition History:    n/a

_____

_____

_____

Publication History:    n/a

_____

_____

_____

Notes:

_____

_____

_____

I certify that this Application for Registration, the high quality color transparency, and all submitted information are accurate and complete and can be relied upon and that information regarding the ownership, provenance, condition, and any other information pertaining to the work has not been withheld. Upon submission to the Calder Foundation I transfer ownership of the high quality color transparency and its copyright, documents, and other submitted information to the Foundation for publication.

I understand that the Calder Foundation registers works at its sole discretion and that the submission of this Application does not guarantee the registration of the submitted work and further does not in any way create a contract between the Foundation and me, the Owner, for the purpose of authentication or other related matters.

Signature of the Owner  _Nadia Nahmad Schavaiki_  Date _March 3rd 2014_

Guidelines for Photography

We require an original high quality 4" x 5" color transparency, not a copy or digital enlargement, that shows the character and vitality of the work of art. The work should be set against a seamless, contrasting background so that all the details are clearly visible. Soft or bounced lighting should be used so that shadows are minimized. Three-dimensional works should have all their elements turned fully to face the camera so that their true shapes can easily be discerned and all near and far elements should be sharply focused. Works with horizontal elements are best photographed from slightly below so that the horizontals do not appear as mere slivers. Wires should not cross nor elements overlap. Two-dimensional works should be removed from frames and mounting so that all edges of the paper and signature are clearly visible.

Photographer's credit
    Ali Elai, Camerarts, 301 East 64th Street, Apt. 2A, NY, NY

APPLICATION FOR REGISTRATION

A 4" x 5" high quality color transparency of the Work is required with each submission. Please refer to the guidelines for photography below.

WORK OF ART

Title _____ Untitled (Circus People with Cat)

Date _____ 1971

Media _____ Gouache on paper

Signature / Inscription _____ Signed and dated "Calder 71"

Position on work _____ Lower right

Dimensions _____ 30 x 44 in. (76.2 x 111.8 cm.)

Condition / Conservation Notes _____ Excellent Condition

PROVENANCE

Current Owner
Name _____ Nadia Chowaiki

Address _____ 1037 Singing Hills Drive

El Paso, TX 79912

Phone _____ (915) 637-1555

Date Acquired _____ (Gifted to Nadia, over 30 years ago)

Collection Credit _____ Private Collection
As you wish to be credited for publication

Acquired from
Name _____ Davide Nahmad

Address _____ c/o Helly Nahmad Gallery

975 Madison Ave, NY, NY

Phone _____ 212-879-2075

Date Acquired _____ Acquired from Perls Gallery, over 30 years ago

Previous Owners                                          Date Acquired
Perls Gallery

Exhibition History:    n/a

Publication History:    n/a

Notes:

I certify that this Application for Registration, the high quality color transparency, and all submitted information are accurate and complete and can be relied upon and that information regarding the ownership, provenance, condition, and any other information pertaining to the work has not been withheld. Upon submission to the Calder Foundation I transfer ownership of the high quality color transparency and its copyright, documents, and other submitted information to the Foundation for publication.

I understand that the Calder Foundation registers works at its sole discretion and that the submission of this Application does not guarantee the registration of the submitted work and further does not in any way create a contract between the Foundation and me, the Owner, for the purpose of authentication or other related matters.

Signature of the Owner _Nadia Dahmad declarabiti_ Date _March 3rd 2014_ -

Guidelines for Photography

We require an original high quality 4" x 5" color transparency, not a copy or digital enlargement, that shows the character and vitality of the work of art. The work should be set against a seamless, contrasting background so that all the details are clearly visible. Soft or bounced lighting should be used so that shadows are minimized. Three-dimensional works should have all their elements turned fully to face the camera so that their true shapes can easily be discerned and all near and far elements should be sharply focused. Works with horizontal elements are best photographed from slightly below so that the horizontals do not appear as mere slivers. Wires should not cross nor elements overlap. Two-dimensional works should be removed from frames and mounting so that all edges of the paper and signature are clearly visible.

Photographer's credit
    Ali Elai, Camerarts, 301 East 64th Street, Apt. 2A, NY, NY

APPLICATION FOR REGISTRATION

A 4" x 5" high quality color transparency of the Work is required with each submission. Please refer to the guidelines for photography below.

WORK OF ART

Title __ Untitled (Spiral Woman) _____

Date _____ 1967 _____

Media ____ Gouache on paper _____

Signature / Inscription _____ Signed and dated "Calder 67" _____

Position on work ___ Lower right _____

Dimensions _____ 23 x 30 in. (58.4 x 76.2 cm.) _____

Condition / Conservation Notes _____ Excellent Condition _____

PROVENANCE

Current Owner
Name ___ Nadia Chowaiki _____
Address _ 1037 Singing Hills Drive _____
_____ El Paso, TX 79912 _____
Phone ___ (915) 637-1555 _____
Date Acquired ___ (Gifted to Nadia, over 30 years ago) _____
Collection Credit ___ Private Collection _____
As you wish to be credited for publication

Acquired from
Name ___ Davide  Nahmad _____
Address __ c/o Helly Nahmad Gallery ___
_____ 975 Madison Ave, NY, NY _____
Phone ___ 212-879-2075 _____
Date Acquired ___ Acquired from Perls Gallery, over 30 years ago

Previous Owners                                           Date Acquired
_ Perls Gallery _____

Exhibition History:   n/a

_____
_____
_____

Publication History:   n/a

_____
_____
_____

Notes:

_____
_____
_____
_____

I certify that this Application for Registration, the high quality color transparency, and all submitted information are accurate and complete and can be relied upon and that information regarding the ownership, provenance, condition, and any other information pertaining to the work has not been withheld. Upon submission to the Calder Foundation I transfer ownership of the high quality color transparency and its copyright, documents, and other submitted information to the Foundation for publication.

I understand that the Calder Foundation registers works at its sole discretion and that the submission of this Application does not guarantee the registration of the submitted work and further does not in any way create a contract between the Foundation and me, the Owner, for the purpose of authentication or other related matters.

Signature of the Owner  _Amelia Nilrund de Ravaila_ Date _March 3rd 2014_ _____

Guidelines for Photography

We require an original high quality 4" x 5" color transparency, not a copy or digital enlargement, that shows the character and vitality of the work of art. The work should be set against a seamless, contrasting background so that all the details are clearly visible. Soft or bounced lighting should be used so that shadows are minimized. Three-dimensional works should have all their elements turned fully to face the camera so that their true shapes can easily be discerned and all near and far elements should be sharply focused. Works with horizontal elements are best photographed from slightly below so that the horizontals do not appear as mere slivers. Wires should not cross nor elements overlap. Two-dimensional works should be removed from frames and mounting so that all edges of the paper and signature are clearly visible.

Photographer's credit
_____ Ali Elai, Camerarts, 301 East 64th Street, Apt. 2A, NY, NY _____

**From:** Liza Lan
**Sent:** 3/6/2014 1:35 PM
**To:** Nadia Chowaiki
**Cc:** Ezra Chowaiki
**Subject:** FW: Calder Foundation Examination Agreement

Dear Nadia,

Excellent news, the Calder foundation has accepted your applications and granted the Examination date of April 3rd.

You will see in their email below, that they now require a signed Examination Agreement for each work. I've prepared the documents for you, for each; and I attached them to this email.

Please review and sign the documents attached. Then, you can return the signed copies to us at the gallery via our Fedex account – the same way as before.

I will also make arrangements for art handlers to unframe and deliver the artworks, as per the Foundation's instructions, for April 3rd.

If you have any questions or concerns, feel free to let us know!

My best,
Liza

Liza Lan
CHOWAIKI + CO
500 Park Avenue
{Suite 16c}
New York, NY 10022
Telephone {212} 319 7333
Facsimile {212} 319 7544
{chowaikiandco.com}

**From:** Jane Hayden <jane@calder.org>
**Date:** Thursday, March 6, 2014 12:45 PM

1

**To:** Liza Lan <liza@chowaikiandco.com>
**Subject:** Calder Foundation Examination Agreement

Dear Liza,

Thank you for submitting the Applications for Registration and transparencies on behalf of Ms. Chowaiki.

Per your client's request, attached you will find the Examination Agreement. Please have Ms. Chowaiki read the Agreement carefully, complete and sign the form (one for each work), and return the originally signed forms to the Foundation. Please ensure that the executed Agreements are received by the Foundation prior to the examination or we will not be able to accept the works for examination.

Our next examination will take place on Thursday, 3 April 2014 at the Calder Foundation. The works must be delivered to the loading dock of 207 West 25th St. between the hours of 10:30am and noon and collected between 3:00pm and 4:30pm. Per the Examination Agreement, if any of the works are framed, they should be removed from their frame and matting prior to delivery.

Should any changes arise in your scheduling or if you have any questions, please contact me directly.

Sincerely,
Jane


Jane Hayden
Cataloguer

CALDER FOUNDATION

207 West 25th Street, Fl. 12
New York, NY 10001
T 1 212 334 2424
www.calder.org

Exhibitions & News:
Alexander Calder at the Rijksmuseum (Amsterdam)
Carte Blanche, Pace Gallery at Chesa Büsin (Zuoz)
Calder and Abstraction, Los Angeles County Museum of Art
Calder: Naming Abstraction, Fondation Beyeler (Basel)
American Legends, Whitney Museum (New York)

**Alexander Calder**
*The Pedestrians*

1971
Gouache on paper
44 x 30 in. (111.8 x 76.2 cm.)
Signed and dated *Calder 71* lower right

***Provenance***
Perls Gallery
Private Collection (acquired from the above, 1974)
Private Collection

This work is registered in the archives of the Calder Foundation under application number A06863.



**Alexander Calder**
*The Grind Lady*

1967
Gouache on paper
23 x 30 in. (58.4 x 76.2 cm.)
Signed and dated *Calder 67* lower right

*Provenance*
Perls Gallery
Private Collection (acquired from the above, 1974)
Private Collection

*Exhibited*
Michigan, Grand Rapids Art Museum, *Alexander Calder: Mobiles and Stabiles*, 18 May-24 August 1969


This work is registered in the archives of the Calder Foundation under application number A06131.

**Alexander Calder**
*Pink-faced Cat*

1971
Gouache on paper
30 x 44 in. (76.2 x 111.8 cm.)
Signed and dated *Calder 71* lower right

***Provenance***
Perls Gallery
Private Collection (acquired from the above, 1974)
Private Collection

This work is registered in the archives of the Calder Foundation under application number A06894.

**Alexander Calder**
*Blue and Yellow Butterfly*

1973
Gouache on paper
30 x 44 in. (76.2 x 111.8 cm.)
Signed and dated *Calder 73* lower right

***Provenance***
Perls Gallery
Private Collection (acquired from the above, 1974)
Private Collection

This work is registered in the archives of the Calder Foundation under application number A06805.

## Corey Haugland

| | |
|---|---|
| **From:** | dchowaiki@aol.com |
| **Sent:** | Friday, April 13, 2018 6:26 PM |
| **To:** | Corey Haugland |
| **Subject:** | Fwd: Updated Calder Information |
| **Attachments:** | Calder-Blue and Yellow Butterfly.doc; Calder-Pink-faced Cat.doc; Calder-The Grind Lady.doc; Calder-The Pedestrians.doc |

Sent from AOL Mobile Mail


-----Original Message-----
From: Nadia Chowaiki <nadiachowaiki@yahoo.com>
To: dchowaiki <dchowaiki@aol.com>
Sent: Wed, Apr 9, 2014 04:15 PM
Subject: Fw: Updated Calder Information


On Tuesday, April 8, 2014 12:29 PM, Liza Lan <liza@chowaikiandco.com> wrote:
Dear Nadia,

Lovely speaking with you, as always.

As we just discussed, the Calder Foundation responded today with all the updated information on your four pieces. And as promised, I've incorporated the proper titles, the Registration numbers, etc. for you into the attached fact sheets.

Feel free to let us know if you have any questions or need anything further!

Many thanks, and best regards,
Liza

Liza Lan
CHOWAIKI & CO.
500 Park Avenue
[Suite 16c]
New York, NY 10022
Telephone [212] 319 7333
Facsimile [212] 319 7544
[chowaikiandco.com]