AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18 Cr. 323 (JSR) |
| EZRA CHOWAIKI ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AIG PROPERTY CASUALTY COMPANY a/s/o THOMAS MORGAN                                   .

Date:   07/09/2018

/s/ Michael A. Bono
*Attorney's signature*

Michael A. Bono
*Printed name and bar number*
WADE CLARK MULCHAY, LLP
180 Maiden Lane - Suite 901
New York, NY  10038

*Address*

mbono@wcmlaw.com
*E-mail address*

(212) 267-1900
*Telephone number*

(212) 267-9470
*FAX number*