UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EZRA CHOWAIKI,<br><br>　　　　　　　　　Defendant. | **Revised Order of Restitution**<br><br>**18 Cr. 323 (JSR)** |

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Daniel M. Tracer, Assistant United States Attorney, of counsel, and the Order of Restitution previously entered in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** The amount of restitution owed by EZRA CHOWAIKI, the Defendant, is hereby reduced to $5,319,500.00 pursuant to the Revised Schedule of Victims attached hereto (the "Revised Schedule"). The names, addresses, and specific amounts owed to each remaining victim are set forth in the Revised Schedule. Upon advice of a change of victim's address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Revised Schedule shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       6/29/21

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE